# MINUTE ORDER

Page 3

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 7/16/2018    Time: 2:00 p.m.

Defendant: 1) JAMAL DYER    J#: 18909-104    Case #: 18-20581-CR-SCOLA
AUSA: Daniel Marcet    Attorney: David Donet, Jr. -temp
Violation: CONSPIRACY TO COMMIT AN OFFENSE AGAINST THE UNITED STATES    Surr/Arrest Date: 7/16/2018    YOB: 1986

Proceeding: Initial Appearance    CJA Appt:
Bond/PTD Held: ☐ Yes ☑ No    Recommended Bond: 200k 5%
Bond Set at: Stip 200k 5%    Co-signed by: Girlfriend Giovanna Valerio

- [x] Surrender and/or do not obtain passports/travel docs
- [x] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [x] Random urine testing by Pretrial Services ✓
  Treatment as deemed necessary
- [x] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [x] Maintain or seek full-time employment/~~education~~
- [x] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [x] Not to encumber property
- [x] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: ___
- [x] Other: No employment in tax preparation business

Language: English

Disposition:
*NO AFPD APPT TO CO-DEFTS

Counsel filed a temporary notice of appearance

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel: 7/27
PTD/Bond Hearing: ___ 10:00 a.m. Duty Micm.
Prelim/Arraign or Removal: 7/27
Status Conference RE:
D.A.R. 14:17:59    Time in Court: 10 min

s/Alicia M. Otazo-Reyes    Magistrate Judge